[No. 6863.  Decided January 8, 1908.]

NELLIE BLANGY, *Respondent*, v. CLARA E. SYLVESTER, *Appellant*, ROBERT J. MCCHESNEY, *Intervener*, and CHARLES E. MARVIN & SONS COMPANY, *Respondents*.[1]

Appeal from a judgment of the superior court for King county, Albertson, J., entered April 1, 1907.  Appeal dismissed.

*George Marvin Savage* and *May Sylvester*, for appellant.

*Shepard & Flett*, for respondents Blangy and Marvin & Sons Company.

PER CURIAM.—The record in this case shows a settlement and complete satisfaction of the whole controversy.  The appeal will therefore be dismissed.

---

[No. 6906.  Decided January 9, 1908.]

*In the Matter of the Petition of* THE OREGON & WASHINGTON RAILROAD COMPANY.

OREGON & WASHINGTON RAILROAD COMPANY, *Appellant*, v. D. R. ABRAHAM *et al.*, *Respondents*.[2]

Appeal from a judgment of the superior court for King county, Morris, J., entered January 25, 1907.  Appeal dismissed.

*W. W. Cotton, H. F. Conner*, and *John P. Hartman*, for appellant.

*Kenneth Mackintosh, E. B. Herald*, and *A. J. Tennant*, for respondents.

PER CURIAM.—The controversy forming the subject-matter of this appeal ceased to exist by the judgment of this court in the case of *State ex rel. Oregon & Washington R. Co. v. Abraham, ante* p. 215, 93 Pac. 325.  The appeal will therefore be dismissed.